(127 So. 246)

### Dorley WOODS v. STATE.
### 8 Div. 136.

Supreme Court of Alabama.
Jan. 10, 1930.

Rehearing Denied April 3, 1930.

Almon & Almon, of Decatur, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Dorley Woods for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in Woods v. State, 127 So. 245.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.